IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BETTY PATRICK                                                                                          PLAINTIFF

vs.                                                  CIVIL ACTION NO. 3:14-CV-760-HTW-LRA

CAROLYN W. COLVIN                                                                              DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The motion for leave to proceed *in forma pauperis* [docket no. 2] denied and plaintiff must pay the filing fee by December 30, 2014.

**SO ORDERED AND ADJUDGED, this the 7th day of November, 2014.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE